DOCKET NO: NNH-CV-13-6040205-S       :       SUPERIOR COURT

DEBRA SARACINO                       :       J.D. OF NEW HAVEN

VS.                                  :       AT NEW HAVEN

WILLIAM JONES, ET AL.                :       AUGUST 15, 2013


## <u>NOTICE TO PARTY OF REMOVAL</u>

TO:     Louis M. Federici
        Parrett, Porto, Parese & Colwell, P.C.
        2319 Whitney Avenue
        Suite 1D
        Hamden, CT  06518

Notice is hereby given that this case has been removed to the United States District Court

for the District of Connecticut on this 14th day of August, 2013.


                        THE DEFENDANTS,
                        CONTRACT TRANSPORTATION SYSTEM CO.
                        and WILLIAM JONES


                        BY_____
                        FREDERICK J. TROTTA, Sr.
                        LoRicco, Trotta & LoRicco, LLC
                        It's Attorneys
                        216 Crown Street
                        New Haven, CT  06510
                        Telephone:  203-865-3123
                        Fax:  203-865-2881
                        Email:  FTrotta@LTLlaw.com

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was either electronically provided [with the consent of counsel and in accordance with Practice Book section 10:13 (as amended 1/1/2013)] to or mailed, postage prepaid, to all counsel of record, this 15th day of August, 2013, to:

Louis M. Federici
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Suite 1D
Hamden, CT  06518

 

 

_____
FREDERICK J. TROTTA, Sr.