UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBRA SARACINO, | ) CIVIL ACTION NO: 3:13-cv-01172-VLB |
| v. | ) |
| WILLIAM JONES, ET AL. | ) December __, 2013 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties through their respective counsel that Plaintiff's claims against Defendants William Jones and Contract Transportation Systems Co. are hereby dismissed with prejudice. Each party is to pay its own costs and attorney fees.

BY: _____
Louis M. Federici, Esq.
Juris No. 045340
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Ave, Suite 1-D
Hamden, CT 06518
Telephone: (203) 281-2700
Facsimile: (203) 281-0700
Email: lfederici@pppclaw.com

BY: _____
Frederick J. Trotta, Sr., Esq.
Federal Bar No. ct02621
LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502
New Haven, CT 06510
Telephone: (203) 865-3123
Facsimile: (203) 865-2881
Email: FTrotta@LTLlaw.com